
FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jimmy Gonzalez Macias DEFENDANT(S). | CASE NUMBER 2:22-mj-4655 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __government__, IT IS ORDERED that a detention hearing is set for __1st__ __11/30/2022__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __8F0__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/29/2022__                    _____
                                         U.S. District Judge/Magistrate Judge